**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 22, 2020**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN      DIVISION

In re:  Luis Ramon Sosa
         Tammy Angela Sosa

         Debtor(s)

Case No.:  19-32274

Chapter: 13

Judge:  Guy R. Humphrey

### ORDER DENYING
### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS  (DOC. NO.    63    )

The above-referenced Application for Payment of Unclaimed Funds (hereinafter, the "Application") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The Application is not accompanied by a certificate of service.  (LBR 9013-3(e) and 9013-1(a) require that a motion or application, except for an ex parte motion or application, or a motion or application which will be noticed by the clerk, shall be accompanied by a certificate of service.)

☒ The Application is not accompanied by the mandatory notice of the right to object or respond, and the time within which to do so.  (LBR 9013-1(a) provides that a motion or application shall be accompanied by a mandatory notice that complies with Official Form 420A or the Sample 21 Day Notice found in LBR 9013-1(a).)

| ☒ | The application was not accompanied by proof of identity of Tammy Sosa. (Proof of identity of the Owner of Record (e.g., unredacted copy of drivers license, other state−issued identification card, or U.S. passport that includes current address) |
|---|---|

The Application is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

**NOTE:** A form Application for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules is available on the Court's website at https://www.ohsb.uscourts.gov/unclaimed-funds. While the use of this form application is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance.

Copies To:
Default List